83,424-01,02,03,04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk

TO the CLERK FOR THE COURT OF CRIMINAL APPEALS
ABEL ACOSTA

RE: REQUEST FOR CONFIRMATION OF DELIVERY OF APPLICATIONS FOR WRIT OF HABEAS CORPUS.

Mr. Acosta

Greetings! Enclosed please find a respectful request I would like to file with the court after attempts to the same have been made to the Webb County DISTRICT CLERK.

PLEASE ASSIST ME IN THIS MATTER.

YOUR TIME AND EFFORT IS GREATLY APPRECIATED.

Enclosed: REQUEST (2 pgs.)
"Exhibit" (2 pgs)

Respectfully submitted June 5th 2015
Gabriel Cardona # 1444672
All Red Unit
2101 F.M. 369 N.
Iowa Park, Texas 76367

Ex Parte Gabriel Cardona

§

§

§

§

In THE 49th JUDICIAL
DISTRICT COURT
WEBB COUNTY, TEXAS

## REQUEST FOR CONFIRMATION OF DELIVERY OF APPLICATIONS FOR WRIT OF HABEAS CORPUS'

Now comes Gabriel Cardona, applicant pro se in the following, and makes this request of Confirmation of Delivery of Applications for Writ of Habeas Corpus, and respectfully would show the Court as follows:

### I.

I Gabriel Cardona being presently incarcerated in the Texas Department of Criminal Justice under inmate i.d. number 1444672, am competent to make the following statements, under penalty of perjury; being true and correct:

I am the applicant in 4 writs of Habeas Corpus that were filed on 4.30.15 in the 49th District Court, Webb County, Laredo, Texas. An index of filings will be provided herein as "Exhibit 1". As of this date, I have not received a response from the District Clerk notifying me of the arrival of or delivery of the Writs or that they have been duly docketed and filed. I further sent a letter to the Clerk requesting such confirmation to no avail. I received a "States Response to Application" for each writ filed but without being stamped as "FILED" by the Clerk, it was not mailed or served by the Clerk, and it did not contain the writ number. Such response dates May 22, 2015. I further filed a Memorandum in reply to the States responses on this 2nd day of June 2015.

### II.

Said petitions and overall filings were mailed via certified mail, cert. no. being 7014-1820-0001-2048-9285, expected delivery date 4/30/15, Weight of 03 Lbs 5.70 oz. (see index for filings). Another certified filing was made via certified mail consisting of an affidavit of facts in support of writs. Cert. no. being 7014-1820-0001-2019-5293 Return Receipt Requested. Both certified mail packages were destined to Webb County Justice Center, District Clerks office: Esther Degollado-Clerk, with address of 1110 Victoria st. Ste.203, Laredo Texas 78040 or 78042. Weight of second filing was of 0 Lbs. 2.70 oz. (See index)

## III.

In accordance with Article 11.07 of the Texas Codes of Criminal Procedures, the Clerk of the convicting court shall process, file, and mail all filings to all parties involved. Further, when the State files a response, the Clerk shall send a "FILED" RESPONSE copy to the applicant and/or petitioner. Such is not the case as of this 5th day of June 2015.

WHEREFORE, PREMISES CONSIDERED, the applicant in the above styled and numbered causes, requests that the Court confirms the delivery of all pertinent and duly filings made by the applicant, and writ numbers.

Respectfully submitted, June 5th 2015
Gabriel Cardona #1444672
ALL RED UNIT
2101 F.M. 369 N.
Iowa Park, TX 76367

Trial Court no: 2005 CRN 630 D1(A)
- 11.07 Writ of Habeas Corpus
- Memorandum of Law in support of Writ
- Attachment to Memo. of law - Redacted Confession 6.08.05
- Motion for Evidentiary Hearing

Trial Court no: 2005 CRN 441 D1(A)
- Writ of Habeas Corpus 11.07
- Memo. of Law in support of Writ
- Testimony of Christina Lozano (in support of point of argument) (copy of transcripts)
- Newly discovered evidence - testimony of Janet Pineda (Actual Innocence Claim)
- Witness Statements:          £ (Transcripts)
    • Synopsis of interviews of - Gabino Chavez Jr. w/ learning of Lucio Velez Q.
                       - Pablo Gonzales Perez
                       - David Martinez
                       - Juan Apolinar Quiroga Garcia
                       - Christina Lozano
                       - Janet Pineda

- Motion for evidentiary Hearing

Trial Court cause no: 2005 CRN 952-D1(A)
- Writ of Habeas Corpus 11.07
- Memo. of Law in support of Writ
- Testimony of Christina Lozano and David Mtz. Cerezo (Transcripts)
- Witness Statements:
            Synopsis of interviews of - Gabino Chavez Jr. w/ learning of Lucio Velez Q.
                       - Pablo Gonzales
                       - David Martinez Cerezo
                       - Juan Apolinar Quiroga Garcia
                       - Christina Lozano

- Motion for Evidentiary Hearing
- Excerpts of:     (RE: Federal Sentence run Concurrent.)
            - Plea Bargain Agreement
            - Judgment of Conviction
            - Judicial Docket of letter requesting Appellate Counsel

Trial Court cause no: 2006 CRN 000770 D1 (A)
- 11.07 Writ of Habeas Corpus
- Memo. of Law in support of Writ
- Motion for Evidentiary Hearing
- Excerpts of: (RE: Federal Sentence to run concurrent)
                    - Plea Bargain Agreement
                    - Judgment of Conviction
                    - Judicial Docket re: Rejected offer (defendant)
                    - Judicial Docket re: letter requesting appellate counsel

In General Filings; for all cause no's
- Request for due credibility of claims w/ Exhibits (re: delay in filing writs)
- Motion for bench warrant w/ Exhibits

The above was certified under one single package:
        certified no: 7014 1820 0001 2048 9285
        Delivery date: April 30, 2014
        Destination: District Clerk Ester Degollado
                            1110 Victoria st. ste. 203
                            Laredo, Tx 78042

        Weight: 3 Lbs. 5.70 oz.

12 pgs Affidavit of Facts In General Filed:
        Certified no: 7014 1820 0001 2049 5293   Return Receipt req.
        Delivery date: ~~April~~ May 4, 2015
        Destination: District Clerk Ester Degollado
                            1110 Victoria st. Ste. 203
                            Laredo, TX 78042

        Weight: 0 Lbs. 2.70 oz.

Request for Correction of record filed - May 25, 2015
        - Also requested Clerk to notify of writs filed. (Arrival)

4 Memorandums in Reply to States Responses filed, via certified mail
to District Clerk June 2nd, 2015. (I await receipt)